

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00055-CR

| | | |
|---|---|---|
| Scott Helm Strange | § | From Criminal District Court No. 3 |
| | § | of Tarrant County (1229506D) |
| v. | § | August 7, 2014 |
| | § | Opinion by Justice Gabriel |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to delete the reparation amount of $443. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel_____
     Justice Lee Gabriel